■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS KENNY, Appellant. [955 NYS2d 361]—

Contrary to the People's contention, the defendant's contention that the Supreme Court erred in refusing to charge burglary in the third degree as a lesser-included offense of burglary in the second degree is preserved for appellate review (*see* CPL 470.05 [2]). We agree with the People, however, that the defendant's contention is without merit. Viewing the evidence in the

light most favorable to the defendant (*see People v Johnson,* 45 NY2d 546, 549 [1978]; *People v Henderson,* 41 NY2d 233, 236 [1976]), there is no reasonable view of the evidence that supports the conclusion that the defendant committed the lesser offense but not the greater (*see* CPL 300.50 [1]; *People v Negron,* 91 NY2d 788, 792 [1998]; *People v Magnum,* 88 AD3d 467 [2011]; *People v Holloway,* 45 AD3d 477 [2007]; *People v Camara,* 44 AD3d 492 [2007]; *People v Watson,* 187 AD2d 743, 745 [1992]). Angiolillo, J.P., Sgroi, Cohen and Miller, JJ., concur.